UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DREDEN DUMAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-39 |
| | § | |
| UNKNOWN, | § | |
| | § | |
| Defendant. | § | |

## **OPINION AND ORDER OF TRANSFER**

This is a civil rights action filed by a Texas state prisoner. Plaintiff Dreden Dumas (#2248264) is currently incarcerated at the Telford Unit in New Boston, Texas. (D.E. 1). In his complaint, Petitioner challenges conditions relating to his confinement at the Telford Unit. (D.E. 1). Specifically, Petitioner alleges he was and is continuing to be forced to cut his hair. (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

1 / 2

In this case, the events about which Plaintiff complains occurred in Bowie County, Texas. (D.E. 1). None of the Defendants reside or are found in the Corpus Christi Division of the Southern District of Texas. Bowie County lies within the Texarkana Division of the Eastern District of Texas. 28 U.S.C. § 124(c)(5). Therefore, the interests of justice would be served by a transfer to the Texarkana Division of the Eastern District of Texas. Accordingly, it is **ORDERED** that this case be transferred to the United States District Court for the Eastern District of Texas, Texarkana Division.

ORDERED this 6th day of February, 2020.

*(signature)*
Jason B. Libby
United States Magistrate Judge